UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 17 2013 ★
BROOKLYN OFFICE

JUDGMENT IN A CIVIL CASE

W. P. Schaefer Construction Co., Inc.,
      Plaintiff,

VS                               CV-11-4189(FB)(VVP)

Veterans Contracting Group, Inc, and
Liberty Mutual Insurance Co.,

      Defendants.

Decision by the Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT THE COURT AWARDS PLAINTIFF W.P. SCHAEFER CONSTRUCTION CO., INC. THE SUM OF $39,865.45 AND $11,703.76 IN PREJUDGMENT INTEREST, FOR A TOTAL OF $51,569.21; AND DISMISSES DEFENDANT VETERANS CONTRACTING GROUP, INC.'S COUNTERCLAIMS.

12/16/13
DATE

DOUGLAS C. PALMER
CLERK OF THE COURT

(By) DEPUTY CLERK